**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

No. 6:16-cv-00328-AA

v.

**OPINION & ORDER**

**WILLIAM CASE; BILL CASE FARMS INC.; CASE FAMILY, LLC,**

Defendants.

AIKEN, District Judge.

This case comes before the Court on a Joint Motion to Terminate Consent Decree filed on October 9, 2026. ECF No. 105.

The United States filed the Complaint in this case on February 23, 2016, under Sections 309(b) and (d) of the Clean Water Act ("CWA"), 33 U.S.C. §§ 1319(b) and (d), to obtain injunctive relief and civil penalties against Defendants for the discharge of pollutants to waters of the United States without a CWA permit in violation of CWA Section 301(a), 33 U.S.C. § 1311(a). The alleged violations occurred in 2009, 2012, and 2013 in Linn County, Oregon, near the confluence of the North Santiam River and the South Santiam River.

On April 8, 2020, the United States filed a proposed Consent Decree to resolve the claims in this action. ECF No. 102. The Court granted the motion on May 30, 2020, and entered the Consent Decree on May 31, 2020. ECF Nos. 103, 104.

Defendants' principal obligations under the Consent Decree were (1) to pay a joint civil penalty of $100,000 to the United States pursuant to 33 U.S.C. § 1319(d); (2) to complete restoration and mitigation activities outlined in Appendix B to the Consent Decree; and (3) to execute and deliver to the Linn County, Oregon Clerk's Office a Declaration of Environmental (Restrictive) Covenant for areas subject to the restoration and mitigation activities. Consent Decree ¶¶ 16, 20-21. The parties agree that those and all other terms of the Consent Decree have been fulfilled.

The parties represent that Defendants paid $50,000 of the civil penalty to the United States on August 5, 2020, and paid the remaining $50,000 with interest on May 28, 2021. Joint Mot. ¶ 3(a).

Defendants have performed "extensive restoration and mitigation work in accordance with Appendix B of the Decree" and "have submitted annual reports to the U.S. Environmental Protection Agency ('EPA') detailing the status of its work," and that the EPA has confirmed that all work has been completed with site visits, with the most recent site visit in July 2026. Joint Mot. ¶ 3(b).

On June 30, 2020, Defendants recorded a certified copy of the Consent Decree and executed and delivered a Declaration of Environmental (Restrictive) Covenant with the Linn County, Oregon Clerk's Office as required by the Consent Decree. Joint Mot. ¶ 3(c).

Paragraph 47 of the Consent Decree provides that, with the exception of Paragraph 21, the Consent Decree may be terminated by a joint motion to the Court. The parties agree that the provisions of Paragraph 21 of the Consent Decree endure and are not subject to termination. Joint Mot. ¶ 4.

Upon review of the record and consistent with the terms of the Consent Decree, the Joint Motion to Terminate Consent Decree, ECF No. 105, is GRANTED and, with the exception of Paragraph 21, which endures and is not subject to termination, the Consent Decree, ECF No. 104, is TERMINATED.

It is so ORDERED and DATED this 15th day of October 2026

/s/Ann Aiken
ANN AIKEN
United States District Judge